# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

U.S.A. vs. Michael Rodney McMillian                                  Docket No. 7:02-CR-4-1

### Petition for Action on Supervised Release

      COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Rodney McMillian, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute More Than 50 Grams of Cocaine Base in violation of 21 U.S.C. § 846, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on September 4, 2002, to the custody of the Bureau of Prisons for a term of 121 months. On July 24, 2008, the term of imprisonment was reduced to 120 months, pursuant to 18 U.S.C. § 3582(c)(2). It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

      Michael Rodney McMillian was released from custody on February 5, 2010, at which time the term of supervised release commenced.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      On August 16, 2010, the defendant tested positive for cocaine. The defendant admitted to using cocaine. Mr. McMillian is gainfully employed, married, and has a dependant child. He remains in the random drug testing program and has been referred to substance abuse treatment. It is recommended the violation be addressed by the imposition of a two day jail sanction and the addition of the DROPS condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Michael Rodney McMillian
Docket No. 7:02-CR-4-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall serve two (2) days in the custody of the Bureau of Prisons as arranged by the probation officer.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/ Chip Williams |
| Kevin L. Connolley | Chip Williams |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street, Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: (910) 815-4857 |
| | Executed On: August 25, 2010 |

**ORDER OF COURT**

Considered and ordered this 26 day of August, 2010, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge